ACCEPTED
03-14-00445-CR
6356465
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/4/2015 4:55:14 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00445-CR

| | | |
|---|---|---|
| **ALICIA MIDKIFF** | § | **IN THE COURT** |
| | § | **OF APPEALS** |
| **V.** | § | |
| | § | **THIRD JUDICIAL** |
| **THE STATE OF** | § | |
| **TEXAS** | § | **DISTRICT OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/4/2015 4:55:14 PM
JEFFREY D. KYLE
Clerk

## <u>CERTIFICATE OF COUNSEL</u>

In compliance with the requirements of Rule 68 of the Texas Rules of Appellate Procedure, I, Crystal D. Murray, court-appointed counsel for appellant, Alicia Midkiff, in the above referenced appeal, do hereby verify, in writing, to the Court that I have:

1.  informed appellant of her right to file a pro se petition for discretionary review, and;

2.  mailed appellant a copy of the opinion and judgment, certified, return receipt requested.;

3.  However, due to counsel's vacation, appellant was mailed the copies of the opinion and judgment *six* days after the judgment was rendered, as opposed to the proscribed five days.

Respectfully submitted,


/s/Crystal D. Murray
Crystal D. Murray

F JOSH MURRAY
QUEEK RD., STE. 465
TX 78613

ALICIA MIDKIFF
TDCJ # 01957099
CRAIN UNIT
1401 STATE SCHOOL RD.
GATESVILLE, TX 76599-2799

7014 3490 0000 6406 6662



UNITED STATES POSTAGE
$007.20°
PITNEY BOWES
02 1P
0000521881 AUG 04 2015
MAILED FROM ZIP CODE 78613

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

7014 3490 0000 6406 6662

| | |
|---|---|
| Postage | $ 1.20 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.20 |

Postmark
Here

Sent To  ALICIA MIDKIFF
Street & Apt. No., or PO Box No.
City, State, ZIP+4

PS Form 3800, July 2014          See Reverse for Instructions

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANLIA MIDKIFF
TDCJ # 01957169
CRAIN UNIT
1401 STATE SCHOOL RD.
GATESVILLE, TX 76599-2960

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)   | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered             ☐ Return Receipt for Merchandise
   ☐ Insured Mail           ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number

7014 3490 0000 6406 6662

PS Form 3811, July 2013          Domestic Return Receipt